# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: NATHAN HOYE,<br><br>Plaintiff | 2:18-CV-0467-NBF-CRE<br>2:18-CV-0800-NBF-CRE<br>2:18-CV-0933-NBF-CRE<br>2:18-CV-1012-NBF-CRE<br>2:18-CV-1013-NBF-CRE<br>2:18-CV-1028-NBF-CRE<br>2:18-CV-1254-NBF-CRE<br>2:18-CV-1255-NBF-CRE<br>2:18-CV-1256-NBF-CRE<br>2:18-CV-1257-NBF-CRE<br>2:18-CV-1347-NBF-CRE<br>2:18-CV-1348-NBF-CRE<br>2:18-CV-1351-NBF-CRE<br>2:18-CV-1354-NBF-CRE<br>2:18-CV-1355-NBF-CRE<br>2:18-CV-1391-NBF-CRE<br>2:18-CV-1392-NBF-CRE |

**ORDER**

On October 22, 2018, Chief Magistrate Judge Cynthia Reed Eddy filed a Report and Recommendation in each of the above cases recommending that Plaintiff's Motion for Leave to Proceed *in forma pauperis* be denied in accordance with 28 U.S.C. § 1915(g) and that the actions be dismissed without prejudice to Plaintiff reopening them by paying in each case the full statutory and administrative filing fee, totaling $400.00. The reports and recommendations were mailed to Plaintiff at his listed address of record: Allegheny County Jail, 950 2nd Avenue, Pittsburgh, PA 15219-3100. Plaintiff was informed that objections to the report and recommendations were due by November 8, 2018.

The reports and recommendations were returned to the Court with the notation: "RTS temp transferred." The Court has been informed that since the filing and mailing of the reports and recommendations, Mr. Hoye has been transferred to Torrance State Hospital and to date has not been transferred back to Allegheny County Jail.

Therefore, due to Hoye's transfer to Torrance State Hospital and his inability to file objections, these cases will be administratively closed pending Hoye's return to Allegheny County Jail. It is hereby **ORDERED** that Hoye shall notify the Court in writing of his return to Allegheny County Jail, at which time the cases will be reopened.

So **ORDERED** this 4th day of December, 2018.

s/ Nora Barry Fischer
Nora Barry Fischer
United States District Judge

cc:  Nathan Hoye
   Torrance State Hospital
   c/o Forensic Unit
   121 Longview Dr.
   Torrance, PA 15779
   (via U.S. First Class Mail)